UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 08 B 08077
  MARILYN WILLIAMS

                                          CHAPTER 13

                                          JUDGE: JACK B SCHMETTERER

          Debtor
     SSN XXX-XX-4018

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 04/03/2008 and was confirmed 06/25/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  29.00%.

    The case was dismissed after confirmation 10/15/2008.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| RESCAP MORTGAGE | NOTICE ONLY | NOT FILED | .00 | .00 |
| RESCAP MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| RESCAP MORTGAGE | MORTGAGE ARRE | 16458.07 | .00 | 792.12 |
| TSYS DEBT MANAGEMENT INC | UNSECURED | NOT FILED | .00 | .00 |
| GE CONSUMER FINANCE | UNSECURED | 5023.06 | .00 | .00 |
| BENEFICIAL/HOUSEHOLD FIN | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE LLC | UNSECURED | 215.09 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 839.26 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1104.82 | .00 | .00 |
| ECAST SETTLEMENT CORP | UNSECURED | 1041.00 | .00 | .00 |
| DOLLIE I WARREN REED | DEBTOR ATTY | .00 | | .00 |
| TOM VAUGHN | TRUSTEE | | | 68.88 |
| DEBTOR REFUND | REFUND | | | .00 |

              Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------

|                      | RECEIPTS | DISBURSEMENTS |
|---|---|---|
| TRUSTEE | 861.00 | |
| PRIORITY | | .00 |
| SECURED | | 792.12 |
| UNSECURED | | .00 |
| ADMINISTRATIVE | | .00 |
| TRUSTEE COMPENSATION | | 68.88 |
| DEBTOR REFUND | | .00 |
| TOTALS | 861.00 | 861.00 |

                  PAGE  1 - CONTINUED ON NEXT PAGE
            CASE NO. 08 B 08077 MARILYN WILLIAMS

Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


Dated: 01/26/09                    /s/ Tom Vaughn
                                   _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE



                          PAGE   2
          CASE NO. 08 B 08077 MARILYN WILLIAMS